# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
BEHUN, JOHN R. § Case No. 11-39212
BEHUN, MARILYN J. §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on                .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was       and the deadline for filing governmental claims was      . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $     . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $    as interim compensation and now requests a sum of $   , for a total compensation of $   [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $   , and now requests reimbursement for expenses of $   , for total expenses of $   [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/MICHAEL G. BERLAND_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 11-39212 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- | --- |
| Case Name: | BEHUN, JOHN R. | | | Date Filed (f) or Converted (c): | 09/27/11 (f) |
| | BEHUN, MARILYN J. | | | 341(a) Meeting Date: | 10/19/11 |
| For Period Ending: | 11/07/14 | | | Claims Bar Date: | 03/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4602 Clair, Joliet, Illinois | 229,900.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3. Checking Harris 1778 | 219.00 | 0.00 | | 0.00 | FA |
| 4. Saving Harris 9525 | 75.00 | 0.00 | | 0.00 | FA |
| 5. Business checking Chase 0872 | 69.02 | 0.00 | | 0.00 | FA |
| 6. Business savings Chase 9406 | 3.00 | 0.00 | | 0.00 | FA |
| 7. Savings Heath Care CU | 900.00 | 0.00 | | 0.00 | FA |
| 8. New Century CU | 25.35 | 0.00 | | 0.00 | FA |
| 9. Household goods-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 11. Costume jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 12. Term life insurance CUNA Mututal Group | 0.00 | 0.00 | | 0.00 | FA |
| 13. Whole life insurance with Prudential 239 | 2,166.70 | 0.00 | | 0.00 | FA |
| 14. Whole life insurance Prudential 213 | 2,608.00 | 0.00 | | 0.00 | FA |
| 15. Whole life with Prudenital 299 | 3,866.50 | 0.00 | | 0.00 | FA |
| 16. Whole life insurance with Prudenital 620 | 3,378.00 | 0.00 | | 0.00 | FA |
| 17. 403(6) with Fidelity | 120,000.00 | 0.00 | | 0.00 | FA |
| 18. JRP Painting | 0.00 | 0.00 | | 0.00 | FA |
| 19. 2005 Ford Ranger | 3,550.00 | 0.00 | | 0.00 | FA |
| 20. 2003 Ford Ranger | 1,200.00 | 0.00 | | 0.00 | FA |
| 21. 1999 Ford Escort | 1,650.00 | 0.00 | | 0.00 | FA |
| 22. 2003 Ford Taurus | 1,250.00 | 0.00 | | 0.00 | FA |
| 23. Equipment used in painting business | 3,000.00 | 0.00 | | 0.00 | FA |
| 24. Pet | 0.00 | 0.00 | | 0.00 | FA |
| 25. 1/15 interest in real estate in Elwwood | Unknown | 25,000.00 | | 39,000.00 | FA |
| 26. Trustee share of proifts from faming vacantg land (u) | 0.00 | 2,875.00 | | 2,875.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 11-39212   BL   Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | BEHUN, JOHN R. | Date Filed (f) or Converted (c): | 09/27/11 (f) |
| | BEHUN, MARILYN J. | 341(a) Meeting Date: | 10/19/11 |
| | | Claims Bar Date: | 03/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| These funds represent distributions made for 2012, 2013 and 2014 for the farming of the trustee's interest in vacant land, which is a separate asset for which the trustee received $39,000 | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $376,610.57 | $27,875.00 | | $41,875.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee compromsied his interest in vacant land pursuant to court order. Tax returns were prepared and approved.

Initial Projected Date of Final Report (TFR): 12/31/15        Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-39212 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | BEHUN, JOHN R. | Bank Name: | Bank of Kansas City |
| | BEHUN, MARILYN J. | Account Number / CD #: | *******0004 Checking Account |
| Taxpayer ID No: | *******9810 | | |
| For Period Ending: | 11/07/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/20/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 38,517.00 | | 38,517.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 38,517.00 | 0.00 | 38,517.00 |
| Less: Bank Transfers/CD's | 38,517.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals  38,517.00  0.00

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-39212 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | BEHUN, JOHN R. | | Bank Name: | Congressional Bank |
| | BEHUN, MARILYN J. | | Account Number / CD #: | *******1117 Checking Account |
| Taxpayer ID No: | *******9810 | | | |
| For Period Ending: | 11/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/11/14 | 25 | Kelly & Karras | Trustee's settlement of 1/15 intere | 1110-000 | 39,000.00 | | 39,000.00 |
| 08/11/14 | 26 | Kelly & Karras | Profits form vacant land | 1229-000 | 2,875.00 | | 41,875.00 |
| * 08/27/14 | 001001 | John Behun | Payment of exemption regarding compromise of interest in vacant land per court order | 8100-003 | | 2,858.00 | 39,017.00 |
| 09/15/14 | 001002 | John & Marilyn Behun | Paymentof exemption per court order | 8100-000 | | 2,858.00 | 36,159.00 |
| * 09/19/14 | 001001 | John Behun | Payment of exemption regarding Check riessued to both debtors as check 1002 | 8100-003 | | -2,858.00 | 39,017.00 |
| 09/29/14 | 001003 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 38,517.00 |
| 10/20/14 | | Trsf To Bank of Kansas City | FINAL TRANSFER | 9999-000 | | 38,517.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 41,875.00 | 41,875.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 38,517.00 | |
| Subtotal | 41,875.00 | 3,358.00 | |
| Less: Payments to Debtors | | 2,858.00 | |
| Net | 41,875.00 | 500.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0004 | 0.00 | 0.00 | 38,517.00 |
| Checking Account - ********1117 | 41,875.00 | 500.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 41,875.00 | 500.00 | 38,517.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  41,875.00  41,875.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 18.03a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 11-39212 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | BEHUN, JOHN R. | | Bank Name: | Congressional Bank |
| | BEHUN, MARILYN J. | | Account Number / CD #: | *******1117 Checking Account |
| Taxpayer ID No: | *******9810 | | | |
| For Period Ending: | 11/07/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 07, 2014 |
|---|---|---|---|---|---|---|

Case Number: 11-39212  
Debtor Name: BEHUN, JOHN R.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14<br>001<br>3410-00 | Gloria Longest | Administrative | | $500.00 | $500.00 | $0.00 |
| 000001<br>070<br>7100-00 | Bradley J. Waller<br>Bankruptcy Trustee of the Estate of Jeff<br>2045 Aberdeen Court<br>Sycamore, IL 60178 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000003<br>070<br>7100-90 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Unsecured | | $136.96 | $0.00 | $136.96 |
| 000004<br>070<br>7100-90 | Capital One Bank (USA), N.A. by<br>American InfoSourc<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $268.39 | $0.00 | $268.39 |
| 000005<br>070<br>7100-90 | Capital One Bank (USA), N.A. by<br>American InfoSourc<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $3,922.77 | $0.00 | $3,922.77 |
| 000006<br>070<br>7100-90 | Capital One Bank (USA), N.A. by<br>American InfoSourc<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $3,426.42 | $0.00 | $3,426.42 |
| 000007<br>070<br>7100-90 | Capital One Bank (USA), N.A. by<br>American InfoSourc<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $1,809.67 | $0.00 | $1,809.67 |
| 000008<br>070<br>7100-90 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | Unsecured | | $2,780.19 | $0.00 | $2,780.19 |
| 000009<br>070<br>7100-90 | CANDICA, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $230.80 | $0.00 | $230.80 |
| 000010<br>070<br>7100-90 | Ford Motor Credit Company<br>Freedman Anselmo Lindberg LLC<br>PO Box 3216<br>Naperville, IL 60566 | Unsecured | | $1,421.29 | $0.00 | $1,421.29 |
| 000011<br>070<br>7100-90 | US Departnment of Education<br>Direct Loan Servicing Center<br>PO BOX 5609<br>Greenville, TX 75403-5609 | Unsecured | | $11,234.98 | $0.00 | $11,234.98 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: November 07, 2014 |

Case Number: 11-39212
Debtor Name: BEHUN, JOHN R.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 13 999 8100-00 | John Behun | Unsecured | | $2,858.00 | $2,858.00 | $0.00 |
| 15 999 8200-00 | JOHN R. BEHUN 1721 CLEMENT ST. CREST HILL, IL 60403 | Unsecured | | $9,475.67 | $0.00 | $9,475.67 |
| 000002 050 4110-00 | Michael D. Ginsberg, Esquire THe Independant Savings Plan Company d/b 1115 Gunn Highway, Suite 100 Odessa, FL 33556 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $38,065.14 | $3,358.00 | $34,707.14 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-39212
Case Name: BEHUN, JOHN R.
           BEHUN, MARILYN J.
Trustee Name: MICHAEL G. BERLAND

    Balance on hand    $

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ | $ | $ |
| Trustee Expenses: MICHAEL G. BERLAND | $ | $ | $ |
| Accountant for Trustee Fees: Gloria Longest | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $             have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be             percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Bradley J. Waller | $ | $ | $ |
| 000003 | Capital One, N.A. | $ | $ | $ |
| 000004 | Capital One Bank (USA), N.A. by American InfoSourc | $ | $ | $ |
| 000005 | Capital One Bank (USA), N.A. by American InfoSourc | $ | $ | $ |
| 000006 | Capital One Bank (USA), N.A. by American InfoSourc | $ | $ | $ |
| 000007 | Capital One Bank (USA), N.A. by American InfoSourc | $ | $ | $ |
| 000008 | Sallie Mae | $ | $ | $ |
| 000009 | CANDICA, LLC | $ | $ | $ |
| 000010 | Ford Motor Credit Company | $ | $ | $ |
| 000011 | US Departnment of Education | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

  Remaining Balance                   $_____

  Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

  To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of _____% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $_____. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

  The amount of surplus returned to the debtor after payment of all claims and interest is $_____.