**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| BEHUN, JOHN R. | § | Case No. 11-39212 BL |
| BEHUN, MARILYN J. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 01/09/2015 in Courtroom ,
United States Courthouse
Joliet City Hall
150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/01/2014               By: /s/ Michael G. Berland
                                          Trustee


*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
BEHUN, JOHN R.                      §   Case No. 11-39212 BL
BEHUN, MARILYN J.                   §
                                    §
         Debtor(s)                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 41,875.00 |
| and approved disbursements of | $ | 3,358.00 |
| leaving a balance on hand of[1] | $ | 38,517.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: MICHAEL G. BERLAND | $ 3,704.13 | $ 0.00 | $ 3,704.13 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 21.20 | $ 0.00 | $ 21.20 |
| Accountant for Trustee Fees: Gloria Longest | $ 500.00 | $ 500.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,725.33 |
| Remaining Balance | $ 34,791.67 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,231.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Bradley J. Waller | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | Capital One, N.A. | $ 136.96 | $ 0.00 | $ 136.96 |
| 000004 | Capital One Bank (USA), N.A. by American InfoSourc | $ 268.39 | $ 0.00 | $ 268.39 |
| 000005 | Capital One Bank (USA), N.A. by American InfoSourc | $ 3,922.77 | $ 0.00 | $ 3,922.77 |
| 000006 | Capital One Bank (USA), N.A. by American InfoSourc | $ 3,426.42 | $ 0.00 | $ 3,426.42 |
| 000007 | Capital One Bank (USA), N.A. by American InfoSourc | $ 1,809.67 | $ 0.00 | $ 1,809.67 |
| 000008 | Sallie Mae | $ 2,780.19 | $ 0.00 | $ 2,780.19 |
| 000009 | CANDICA, LLC | $ 230.80 | $ 0.00 | $ 230.80 |
| 000010 | Ford Motor Credit Company | $ 1,421.29 | $ 0.00 | $ 1,421.29 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | US Department of Education | $ 11,234.98 | $ 0.00 | $ 11,234.98 |
| | Total to be paid to timely general unsecured creditors | | $ | 25,231.47 |
| | Remaining Balance | | $ | 9,560.20 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 84.53 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 9,475.67 .

Prepared By: /s/ Michael G. Berland
Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775

*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                        Northern District of Illinois
In re:                                                          Case No. 11-39212-BWB
John R. Behun                                                   Chapter 7
Marilyn J. Behun
        Debtors
                             CERTIFICATE OF NOTICE
District/off: 0752-1          User: dpruitt              Page 1 of 2                 Date Rcvd: Dec 02, 2014
                              Form ID: pdf006            Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2014.
db             +John R. Behun,    1721 Clement St.,    Crest Hill, IL 60403-2411
jdb           #+Marilyn J. Behun,    1721 Clement St.,    Crest Hill, IL 60403-2411
17847246       +Adam Behun,    1721 Clement St.,    Crest Hill, IL 60403-2411
17847247       +Barclays Bank Delaware,    Customer Support Department,    Po Box 8833,
                 Wilmington, DE 19899-8833
17847257      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Usa,     Citicorp Credit Services,    Po Box 20507,
                 Kansas City, MO 64195)
17847265      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot Credit Services,     Processing Center,
                 Des Moines, IA 50364)
18311142        Capital One Bank (USA), N.A. by American InfoSourc,     PO Box 71083,    Charlotte, NC  28272-1083
18293993       +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                 Dallas, TX 75374-0933
17847249       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
17847253       +Care One Correspondence,    PO Box 129,    Columbia, MD 21045-0129
17847254       +Chase - Cc,    Po Box 15298,    Wilmington, DE 19850-5298
17847255       +Chela,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
17847258       +Codilis & Assoc., P.C.,    15W030 N. Frontage Rd., Ste. 100,     Willowbrook, IL 60527-6921
17847259       +Credit Management,    4200 International Pwy,    Carrolton, TX 75007-1912
17847261      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,     Attn: Bankruptcy Dept.,    Po Box 81577,
                 Austin, TX 78708)
17847264      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Corporation,     Ford Credit,    Po Box 6275,
                 Deerborn, MI 48121)
18491359       +Ford Motor Credit Company,    Freedman Anselmo Lindberg LLC,    PO Box 3216,
                 Naperville, IL 60566-7216
17847266       +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
17847267       +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5895,    Carol Stream, IL 60197-5895
17847268       +Hsbc Bank/Orchard Bank,    Attn: Bankruptcy,    Po Box 5895,    Carol Stream, IL 60197-5895
17847269       +Indep Svg Pl,    1115 Gunn Hwy,    Odessa, FL 33556-5328
17847271       +Juniper,    Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
18250373       +Michael D. Ginsberg, Esquire,    THe Independant Savings Plan Company d/b,
                 1115 Gunn Highway, Suite 100,    Odessa, FL 33556-5328
17847273        Nbgl Bergner/Carson’s,    Attn: Bankruptcy,    Carol Stream, IL 60197
17847274       +Provena St. Joseph Med. Ctr.,    75 Remittance Dr., Ste. 1959,    Chicago, IL 60675-1959
18503283        US Department of Education,    Direct Loan Servicing Center,    PO BOX 5609,
                 Greenville, TX 75403-5609
17847275       +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,
                 Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18124848       +E-mail/Text: bwaller@ksbwl.com Dec 03 2014 01:22:43      Bradley J. Waller,
                 Bankruptcy Trustee of the Estate of Jeff,    2045 Aberdeen Court,    Sycamore, IL 60178-3140
17847248       +E-mail/Text: bwaller@ksbwl.com Dec 03 2014 01:22:43      Bradley Waller,
                 Klein, Stoddard, Buck et al.,    2045 Aberdeen Ct., Ste. A,    Sycamore, IL 60178-3140
18447678       +E-mail/Text: bncmail@w-legal.com Dec 03 2014 01:22:39      CANDICA, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
17847260       +E-mail/Text: clerical.department@yahoo.com Dec 03 2014 01:20:54      Credtrs Coll,    Po Box 63,
                 Kankakee, IL 60901-0063
17847262       +E-mail/Text: collections@earthmovercu.com Dec 03 2014 01:22:00      Earthmover Cu,    Po Box 2937,
                 Aurora, IL 60507-2937
17847263       +E-mail/Text: dwattson@fidelitybank.com Dec 03 2014 01:23:34      Fidelity Bank,    100 E English,
                 Wichita, KS 67202-3759
17847270       +E-mail/Text: cio.bncmail@irs.gov Dec 03 2014 01:21:23      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
17847272       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 03 2014 01:21:13      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
18325722       +E-mail/PDF: pa_dc_claims@navient.com Dec 03 2014 01:27:54      Sallie Mae,    c/o Sallie Mae Inc.,
                 220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17847250*      +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
17847251*      +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
17847252*      +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
17847256*      +Chela,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
```

```
District/off: 0752-1           User: dpruitt              Page 2 of 2                  Date Rcvd: Dec 02, 2014
                               Form ID: pdf006            Total Noticed: 36

          ***** BYPASSED RECIPIENTS (continued) *****
17847276*       +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,
                  Greenville, TX 75403-5609
17847277*       +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,
                  Greenville, TX 75403-5609
                                                                                     TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2014 at the address(es) listed below:
              Konstantine T. Sparagis    on behalf of Debtor John R. Behun gsparagi@yahoo.com,
               Gus@konstantinelaw.com;Morgan@konstantinelaw.com;Drew@konstantinelaw.com
              Konstantine T. Sparagis    on behalf of Joint Debtor Marilyn J. Behun gsparagi@yahoo.com,
               Gus@konstantinelaw.com;Morgan@konstantinelaw.com;Drew@konstantinelaw.com
              Michael G Berland    on behalf of Trustee Michael G Berland einstein829@earthlink.net,
               IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rachael A Stokas    on behalf of Creditor    Fidelity Bank ND-Two@il.cslegal.com
                                                                                              TOTAL: 6
```