UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
BEHUN, JOHN R. § Case No. 11-39212
BEHUN, MARILYN J. §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By: /s/MICHAEL G. BERLAND_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| John & Marilyn Behun | | | |
| JOHN R. BEHUN | | | |
| JOHN R. BEHUN | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | MICHAEL D. GINSBERG, ESQUIRE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| LONGEST, GLORIA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | BRADLEY J. WALLER | | | | | |
| | TREASURY, UNITED STATES | | | | | |
| 000009 | CANDICA, LLC | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. BY AME | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. BY AME | | | | | |
| 000006 | CAPITAL ONE BANK (USA), N.A. BY AME | | | | | |
| 000007 | CAPITAL ONE BANK (USA), N.A. BY AME | | | | | |
| 000003 | CAPITAL ONE, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | FORD MOTOR CREDIT COMPANY | | | | | |
| 000008 | SALLIE MAE | | | | | |
| 000011 | US DEPARTNMENT OF EDUCATION | | | | | |
| | CANDICA, LLC | | | | | |
| | CAPITAL ONE BANK (USA), N.A. BY AME | | | | | |
| | CAPITAL ONE, N.A. | | | | | |
| | FORD MOTOR CREDIT COMPANY | | | | | |
| | SALLIE MAE | | | | | |
| | US DEPARTNMENT OF EDUCATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-39212 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | BEHUN, JOHN R. | | | Date Filed (f) or Converted (c): | 09/27/11 (f) |
| | BEHUN, MARILYN J. | | | 341(a) Meeting Date: | 10/19/11 |
| For Period Ending: | 05/26/15 | | | Claims Bar Date: | 03/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4602 Clair, Joliet, Illinois | 229,900.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3. Checking Harris 1778 | 219.00 | 0.00 | | 0.00 | FA |
| 4. Saving Harris 9525 | 75.00 | 0.00 | | 0.00 | FA |
| 5. Business checking Chase 0872 | 69.02 | 0.00 | | 0.00 | FA |
| 6. Business savings Chase 9406 | 3.00 | 0.00 | | 0.00 | FA |
| 7. Savings Heath Care CU | 900.00 | 0.00 | | 0.00 | FA |
| 8. New Century CU | 25.35 | 0.00 | | 0.00 | FA |
| 9. Household goods-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 11. Costume jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 12. Term life insurance CUNA Mututal Group | 0.00 | 0.00 | | 0.00 | FA |
| 13. Whole life insurance with Prudential 239 | 2,166.70 | 0.00 | | 0.00 | FA |
| 14. Whole life insurance Prudential 213 | 2,608.00 | 0.00 | | 0.00 | FA |
| 15. Whole life with Prudenital 299 | 3,866.50 | 0.00 | | 0.00 | FA |
| 16. Whole life insurance with Prudenital 620 | 3,378.00 | 0.00 | | 0.00 | FA |
| 17. 403(6) with Fidelity | 120,000.00 | 0.00 | | 0.00 | FA |
| 18. JRP Painting | 0.00 | 0.00 | | 0.00 | FA |
| 19. 2005 Ford Ranger | 3,550.00 | 0.00 | | 0.00 | FA |
| 20. 2003 Ford Ranger | 1,200.00 | 0.00 | | 0.00 | FA |
| 21. 1999 Ford Escort | 1,650.00 | 0.00 | | 0.00 | FA |
| 22. 2003 Ford Taurus | 1,250.00 | 0.00 | | 0.00 | FA |
| 23. Equipment used in painting business | 3,000.00 | 0.00 | | 0.00 | FA |
| 24. Pet | 0.00 | 0.00 | | 0.00 | FA |
| 25. 1/15 interest in real estate in Elwwood | Unknown | 25,000.00 | | 39,000.00 | FA |
| 26. Trustee share of proifts from faming vacantg land (u) | 0.00 | 2,875.00 | | 2,875.00 | FA |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 18.03a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 11-39212 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | BEHUN, JOHN R. | | | Date Filed (f) or Converted (c): | 09/27/11 (f) |
| | BEHUN, MARILYN J. | | | 341(a) Meeting Date: | 10/19/11 |
| | | | | Claims Bar Date: | 03/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| These funds represent distributions made for 2012, 2013 and 2014 for the farming of the trustee's interest in vacant land, which is a separate asset for which the trustee received $39,000 | | | | | |
| 27. Refund of Sallie Mae distribution (u) | 0.00 | 2,789.51 | | 2,789.51 | FA |
| Refund of Sallie Mae distribution check after approval of Final Report. Creditor said that it was fully paid but had never withdrawn claim. Per Steve Wolfe, make a second distirbution after check redposited. | | | | | |
| 28. Refund of partial distribution Dept of Educati | 0.00 | 2,276.53 | | 2,276.53 | FA |
| The Department of Education recieved a larger distribution from the claim filed after approval of the Final Report. They apparently credited part of that distribution to the claim filed and returned the above sum as a refund. I talked with Steve Wolfe and we agreed the partial refund would be deposited and subject to another distribution | | | | | |
| TOTALS (Excluding Unknown Values) | $376,610.57 | $32,941.04 | | $46,941.04 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee compromsied his interest in vacant land pursuant to court order. Tax returns were prepared and approved.

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 18.03a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 11-39212 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | BEHUN, JOHN R. | | Bank Name: | Bank of Kansas City |
| | BEHUN, MARILYN J. | | Account Number / CD #: | *******0004 Checking Account |
| Taxpayer ID No: | *******9810 | | | |
| For Period Ending: | 05/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/20/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 38,517.00 | | 38,517.00 |
| 01/12/15 | 005001 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 3,704.13 | 34,812.87 |
| 01/12/15 | 005002 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Expenses | 2200-000 | | 21.20 | 34,791.67 |
| 01/12/15 | 005003 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Claim 000003, Payment 100.33586% | | | 137.42 | 34,654.25 |
| | | | Claim 136.96 | 7100-900 | | | |
| | | | Interest 0.46 | 7990-000 | | | |
| 01/12/15 | 005004 | Capital One Bank (USA), N.A. by American InfoSourc<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000004, Payment 100.33533% | | | 269.29 | 34,384.96 |
| | | | Claim 268.39 | 7100-900 | | | |
| | | | Interest 0.90 | 7990-000 | | | |
| 01/12/15 | 005005 | Capital One Bank (USA), N.A. by American InfoSourc<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000005, Payment 100.33497% | | | 3,935.91 | 30,449.05 |
| | | | Claim 3,922.77 | 7100-900 | | | |
| | | | Interest 13.14 | 7990-000 | | | |
| 01/12/15 | 005006 | Capital One Bank (USA), N.A. by American InfoSourc<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000006, Payment 100.33504% | | | 3,437.90 | 27,011.15 |

Page Subtotals 38,517.00 11,505.85

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 11-39212 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | BEHUN, JOHN R. | Bank Name: | Bank of Kansas City |
| | BEHUN, MARILYN J. | Account Number / CD #: | *******0004  Checking Account |
| Taxpayer ID No: | *******9810 | | |
| For Period Ending: | 05/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/12/15 | 005007 | Capital One Bank (USA), N.A. by American InfoSourc<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim         3,426.42<br>Interest         11.48<br>Claim 000007, Payment 100.33487% | 7100-900<br>7990-000 | | 1,815.73 | 25,195.42 |
| 01/12/15 | 005008 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | Claim         1,809.67<br>Interest          6.06<br>Claim 000008, Payment 100.33523% | 7100-900<br>7990-000 | | 2,789.51 | 22,405.91 |
| 01/12/15 | 005009 | CANDICA, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim         2,780.19<br>Interest          9.32<br>Claim 000009, Payment 100.33362% | 7100-900<br>7990-000 | | 231.57 | 22,174.34 |
| 01/12/15 | 005010 | Ford Motor Credit Company<br>Freedman Anselmo Lindberg LLC<br>PO Box 3216<br>Naperville, IL 60566 | Claim          230.80<br>Interest          0.77<br>Claim 000010, Payment 100.33491% | 7100-900<br>7990-000 | | 1,426.05 | 20,748.29 |
| 01/12/15 | 005011 | US Departnment of Education<br>Direct Loan Servicing Center<br>PO BOX 5609<br>Greenville, TX 75403-5609 | Claim         1,421.29<br>Interest          4.76<br>Claim 000011, Payment 100.33503% | 7100-900<br>7990-000 | | 11,272.62 | 9,475.67 |

Page Subtotals          0.00         17,535.48

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-39212 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | BEHUN, JOHN R. | | Bank Name: | Bank of Kansas City |
| | BEHUN, MARILYN J. | | Account Number / CD #: | *******0004 Checking Account |
| Taxpayer ID No: | *******9810 | | | |
| For Period Ending: | 05/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Claim 11,234.98 | 7100-900 | | | |
| | | | Interest 37.64 | 7990-000 | | | |
| 01/12/15 | 005012 | JOHN R. BEHUN | Claim 15, Payment 100.00000% | 8200-002 | | 9,475.67 | 0.00 |
| | | 1721 CLEMENT ST. | Surplus Funds | | | | |
| | | CREST HILL, IL 60403 | | | | | |
| 03/01/15 | 27 | Sallie Mae | Refund of Sallie Mae Checki | 1290-000 | | -2,789.51 | 2,789.51 |
| 04/07/15 | 28 | United States Treasury | Partial refund of monies distribute | 7100-000 | | -2,276.53 | 5,066.04 |
| 04/24/15 | 005013 | JOHN R. BEHUN | Surplus Funds | 8200-000 | | 5,066.04 | 0.00 |
| | | 1721 CLEMENT ST. | This additonal surplus was distributed after 2 checks | | | | |
| | | CREST HILL, IL 60403 | were returned. Both creditors claimed they had been | | | | |
| | | | paid. Steve Wolfe said I coudl make a second | | | | |
| | | | distribution direct to the debtor. | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 38,517.00 | 38,517.00 | 0.00 |
| Less: Bank Transfers/CD's | 38,517.00 | 0.00 | |
| Subtotal | 0.00 | 38,517.00 | |
| Less: Payments to Debtors | | 14,541.71 | |
| Net | 0.00 | 23,975.29 | |

Page Subtotals    0.00    9,475.67

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-39212 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | BEHUN, JOHN R. | | Bank Name: | Congressional Bank |
| | BEHUN, MARILYN J. | | Account Number / CD #: | *******1117 Checking Account |
| Taxpayer ID No: | *******9810 | | | |
| For Period Ending: | 05/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/11/14 | 25 | Kelly & Karras | Trustee's settlement of 1/15 intere | 1110-000 | 39,000.00 | | 39,000.00 |
| 08/11/14 | 26 | Kelly & Karras | Profits form vacant land | 1229-000 | 2,875.00 | | 41,875.00 |
| * 08/27/14 | 001001 | John Behun | Payment of exemption regarding compromise of interest in vacant land per court order | 8100-003 | | 2,858.00 | 39,017.00 |
| 09/15/14 | 001002 | John & Marilyn Behun | Paymentof exemption per court order | 8100-000 | | 2,858.00 | 36,159.00 |
| * 09/19/14 | 001001 | John Behun | Payment of exemption regarding Check riessued to both debtors as check 1002 | 8100-003 | | -2,858.00 | 39,017.00 |
| 09/29/14 | 001003 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 38,517.00 |
| 10/20/14 | | Trsf To Bank of Kansas City | FINAL TRANSFER | 9999-000 | | 38,517.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 41,875.00 | 41,875.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 38,517.00 | |
| Subtotal | 41,875.00 | 3,358.00 | |
| Less: Payments to Debtors | | 2,858.00 | |
| Net | 41,875.00 | 500.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0004 | 0.00 | 23,975.29 | 0.00 |
| Checking Account - ********1117 | 41,875.00 | 500.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 41,875.00 | 24,475.29 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            41,875.00          41,875.00

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-39212 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | BEHUN, JOHN R. | Bank Name: | Congressional Bank |
| | BEHUN, MARILYN J. | Account Number / CD #: | *******1117 Checking Account |
| Taxpayer ID No: | *******9810 | | |
| For Period Ending: | 05/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals    0.00    0.00

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*